UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DINA MARISOL ROMERO RAMIREZ,

              Plaintiff,

  - against -

RASARIO BALDWIN ET AL.,

              Defendants.

20-cv-4991 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are instructed to file a Rule 26(f) report by October 27, 2020.

SO ORDERED.

Dated:    New York, New York
           October 14, 2020

                                    /s/ John G. Koeltl
                                   John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/14/20