UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DINA RAMIREZ ET AL.,

                Plaintiffs,

- against -

CHRISTOPHER BALDWIN, ET AL.,

                Defendants.

20-cv-4991 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the parties to file a status report is extended to **January 7, 2022**.

SO ORDERED.

Dated:    New York, New York
          December 20, 2021

                                    John G. Koeltl
                            United States District Judge